AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tanling Tsao, Di Zhang, Joseph Kir, and Youxiu Zou, individually and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Harvest Financial & Insurance Service LLC, Harvest Financial Group, Wealthtop Advisors Group, Xuefeng Gao aka Ellen Gao, Qijun Chen aka Jenny Chen, Yuwu Liu aka Leo Liu, John and Jane Does 1-10 <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-1498 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Harvest Financial & Insurance Service LLC, 100 N. Citrus Street, Suite 610, West Covina, CA 91791.
Harvest Financial Group, address is the same as the first Defendant
Wealthtop Advisors Group, 6131 217th Street, 2nd Floor, Oakland Gardens, NY 11364.
Xuefeng Gao aka Ellen Gao, address is the same as the first Defendant
Qijun Chen aka Jenny Chen, address is the same as the third defendant
Yuwu Liu aka Leo Liu, address is the same as the third defendant
and John and Jane Does 1-10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: LAW OFFICE OF WOOD,
WANG & ASSOCIATES, PLLC
Kevin S. Wang, Esq.
3370 Prince St Ste 703
Flushing, NY, 11354
Tel: 3478517989
kwang@operr.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 03/19/2025

*Cynthia Valera*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25-1498

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by **Fed. R. Civ. P. 4** (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset